IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA HUDSON,<br><br>        Plaintiff,<br><br><br><br>v.<br><br><br><br>BIZ MAVEN INC.,<br><br><br><br>        Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING [1] MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM TO SKIPIO, LLC**<br><br>Case No. 2:26-mc-00063-AMA-CMR<br><br><br>Judge Ann Marie McIff Allen<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is Plaintiff Joshua Hudson's (Hudson) Motion to Compel (Motion) (ECF 1). Hudson asks the court for an order compelling production of documents in response to the Subpoena Duces Tecum (Subpoena) served on non-party Skipio, LLC (Skipio) on October 30, 2025 (ECF 1-2). Hudson contends that the information requested is relevant and narrowly tailored to his claims in the underlying action entitled *Hudson v. BizMaven Inc. d/b/a 247 Funder*, No.1:25-cv-07330 (S.D.N.Y.) (ECF 1 at 3–4).

No response or objection has been filed to the Motion, and the time for doing so has passed. *See* DUCivR 7-1(a)(4)(D)(ii) ("A response to a motion must be filed within 14 days after service of the motion."). Failure to respond is grounds for granting the Motion. *See* DUCivR 7-1(f) ("[F]ailure to respond timely to a motion may result in the court granting the motion without further notice."). Further, the court finds that the information requested in the Subpoena is relevant and proportional to the needs of the underlying action, *see* Fed. R. Civ. P. 26(b)(1), and does not impose

an undue burden or expense on Skipio, *see* Fed. R. Civ. P. 45(d)(1). Accordingly, for good cause appearing, the court hereby GRANTS the Motion.

**IT IS HEREBY ORDERED** that Skipio shall produce the following records requested in the Subpoena within fourteen (14) days of the date of this Order: The customer information (including the subscriber, user, payor, and/or contact information) for the phone number 561-246-6359 including name, address and any other identifying information including billing and payment records from 5/1/2025 to present.

IT IS SO ORDERED.

DATED this 5 May 2026.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah